MICHAEL J. HEYMAN
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA ANN DOBBS,<br><br>Defendant. | No. 3:24-cr-00012-VMK |

**MOTION FOR FINAL ORDER OF FORFEITURE**

Plaintiff, the United States of America, hereby moves the Court to enter the Final Order of Forfeiture attached to this motion. This motion is supported by the Affidavit of Counsel, filed herewith.

//

//

//

RESPECTFULLY SUBMITTED this 7th day of August 2026, in Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

*/s/ Seth Beausang*
SETH BEAUSANG
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on the filing date, a true copy of the foregoing was served electronically on:

**Counsel for Defendant**

*/s/ Seth Beausang*
Assistant United States Attorney