MICHAEL J. HEYMAN
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA ANN DOBBS,<br><br>Defendant. | No. 3:24-cr-00012-VMK |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR FINAL ORDER OF FORFEITURE**

I, SETH BEAUSANG, am an Assistant United States Attorney and represent Plaintiff in this action.

1. On August 11, 2025, the defendant, MELISSA ANN DOBBS pleaded guilty, Dkt. 53, and admitted the Criminal Forfeiture Allegation set forth in the Indictment, Dkt. 2, and restated in her Plea Agreement, Dkt. 48.

//

2. On December 17, 2025, this Court entered an Amended Preliminary Order of Forfeiture, Dkt. 77, forfeiting to the United States the defendant's interest, if any, in the following property:

- **$55,508.73 in U.S. currency seized by the State of Alaska in various Edward Jones accounts on or about April 16, 2021, search warrant # 3AN-20-04172SW**

3. Records received from Edward Jones show that the funds are seized in place in:

- **Edward Jones account #208-12793-1-3 held in the name of Melissa Dobbs**.

4. The U.S. Attorney's Office for the District of Alaska ("USAO") published notice of the Preliminary Order of Forfeiture on the official government forfeiture website, www.forfeiture.gov, for at least 30 consecutive days commencing on May 5, 2026. *See* Exhibit 1 (Declaration of Publication).

5. The USAO was prepared to send notice of forfeiture to all potentially interested parties by means reasonably calculated to reach potential claimants but was otherwise unable to identify any particular individual or entity that might have had a potential claim.

6. No petitions of interest, claims, or other requests for an ancillary hearing with regard to any of the above-described property were filed by any person or entity within the time allowed by law.

7. Counsel knows of no reason why a Final Order of Forfeiture should not now be entered.

I declare that the foregoing is true and correct to the best of my knowledge and belief.

EXECUTED on this 7th day of August 2026, in Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

*/s/ Seth Beausang*
SETH BEAUSANG
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on the filing date, a true copy of the foregoing was served electronically on:

**Counsel for Defendant**

*/s/ Seth Beausang*
Assistant United States Attorney