IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MELISSA ANN DOBBS,<br>Defendant. | No. 3:24-cr-00012-VMK |

**FINAL ORDER OF FORFEITURE**

Plaintiff's motion for forfeiture at Dkt. ___ is GRANTED and the Court finds as follows:

WHEREAS on August 11, 2025, the defendant, MELISSA ANN DOBBS pled guilty and admitted to the Criminal Forfeiture Allegation in the Indictment and Plea Agreement;

AND WHEREAS this Court found that the defendant's interest, if any, in the following property is subject to forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(7), and 28 U.S.C. § 2461(c), because it constitutes any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the defendant's violation of 18 U.S.C. § 1347, including without limitation:

- **$55,508.73 in U.S. currency seized by the State of Alaska in various Edward Jones accounts on or about April 16, 2021, search warrant # 3AN-20-04172SW**

//

AND WHEREAS, on December 17, 2025, this Court entered an Amended Preliminary Order of Forfeiture, forfeiting to the United States the defendant's interest, if any, in the above-listed property;

AND WHEREAS, records received from Edward Jones show that the above property is seized in place in

- **Edward Jones account #208-12793-1-3 held in the name of Melissa Dobbs**;

AND WHEREAS, notice of the Amended Preliminary Order of Forfeiture was published on the official government forfeiture website, www.forfeiture.gov, for at least 30 consecutive days commencing on May 5, 2026;

AND WHEREAS, in accordance with Fed. R. Crim. P. 32.2(b)(6), the government was prepared to send notice of forfeiture to all potentially interested parties by means reasonably calculated to reach potential claimants, but was otherwise unable to identify any particular individual or entity that might have had a potential claim;

AND WHEREAS, no petitions of interest, claims, or other requests for an ancillary hearing with regard to the above-referenced property were filed with this Court by an individual or entity within the time allowed by law;

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

All right, title, and interest to the above-referenced property, is hereby condemned, forfeited to, and shall be vested in the United States of America, and shall be disposed of according to law by the United States Marshals Service and/or the Defense Criminal Investigative Service (DCIS).

DATED: _______________

_________________________________
HON. VIRGINIA M. KENDALL
United States District Judge